In the Matter of the Application of AUGUSTA A. HIGGINS for the Payment of Award for Damage Parcel No. 30 in the Proceedings for the Acquiring Title by the City of New York to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According

to Law.— Motion to direct payment of award denied without prejudice. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.